## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

|  |  |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC. ET AL., <br><br> Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> **JURY TRIAL DEMANDED** |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY, <br><br> Defendant. | C.A. No. 4:18-cv-00501-ALM <br><br> **JURY TRIAL DEMANDED** |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | C.A. No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

## <u>DECLARATION OF ANDREW ROBB</u>

I, Andrew Robb, hereby declare as follows:

1.      I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendants in the above-captioned matters.  I am a member in good standing of the State Bar of California.  I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2.      Attached as **Exhibit A** hereto is a true and correct copy of Provisional Application No. 60/689,101.

3.      Attached as **Exhibit B** hereto is a true and correct copy of the Amendment after Allowance dated October 17, 2014 from the prosecution history of U.S. Patent No. 8,924,192.

4.      Attached as **Exhibit C** hereto is a true and correct copy of the Remarks after Allowance dated October 17, 2014 from the prosecution history of U.S. Patent No. 8,924,192.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 1, 2020 in San Jose, California.


                                    */s/Andrew Robb*_____
                                    Andrew Robb