IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE SPINCO, INC., ET AL., <br><br> Defendants. | Civil Action No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO, N.A. <br><br> Defendant. | Civil Action No. 4:18-cv-00501-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Civil Action No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF SUBMISSION OF PROPOSED ORDER**

Pursuant to the instruction of the Court during the telephonic conference today, Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. hereby submit the attached proposed order setting out the Court's order at the conference.

Dated: August 21, 2020

By: */s/ Robert Harkins*
   Robert Harkins
bobh@ruyakcherian.com
Korula T Cherian
sunnyc@ruyakcherian.com
RuyakCherian LLP - Berkley
1936 University Avenue,
Suite 350
Berkeley, CA 94704
510-944-0187

Robert F. Ruyak
robertr@ruyakcherian.com
Amadou Kilkenny Diaw
amadoukd@ruyakcherian.com
Thomas M. Dunham
tomd@ruyakcherian.com
RuyakCherian LLP
1901 L Street NW, Suite 700
Washington, DC 20036
202-838-1564

Timothy Devlin
tdevlin@devlinlawfirm.com
Henrik D. Parker
Hparker@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
302-449-9010

Clyde Moody Siebman
clydesiebman@siebman.com
Siebman Forrest Burg &
Smith LLP
300 North Travis Street
Sherman, TX 75090-0070
903-870-0070

James Mark Mann
mark@themannfirm.com
Mann Tindel & Thompson
300 W. Main
Henderson, TX 75652
903-657-8540
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2020 all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

      /s/ *Robert Harkins*
      Robert Harkins