# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE SPINCO, INC., ET AL., <br><br> Defendants. | Civil Action No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO, N.A. <br><br> Defendant. | Civil Action No. 4:18-cv-00501-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Civil Action No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

## **AMENDED SCHEDULING ORDER**

Upon consideration of the Plaintiffs' motion to amend the July 8, 2020 Scheduling Order it is hereby **ORDERED** that the deadlines established in Scheduling Order are hereby reset as follows:

| ORIGINAL DEADLINE | NEW DEADLINE | EVENT |
|---|---|---|
| September 3, 2020 | November 2, 2020 | Parties with burden of proof to designate Expert Witnesses other than claims construction experts and provide their expert witness reports, to include for ALL experts all information set out in Rule 26(2)(B). |
| September 25, 2020 | November 24, 2020 | Parties designate expert witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness report, to include for ALL experts all information set out in Rule 26(2)(B).<br><br>Objections to any expert, including *Daubert* motions, shall be filed within 3 weeks of the Expert Report disclosure. Such objections and motions are limited to ten pages. |
| October 2, 2020 | October 2, 2020 | Mediation Deadline |
| October 2, 2020 | December 8, 2020 | Discovery Deadline. All discovery must be served in time to be completed by this date. |
| October 9, 2020 | December 11, 2020 | Deadline to file dispositive motions and any other motions that may require a hearing. Regardless of how many dispositive motions a party files, each party is limited to a total of sixty pages for such motions. Each individual motion shall comply with Local Rules CV-7.<br><br>Responses to dispositive motions are due within 14 days after the filing date of the motions.<br><br>Replies to responses are due within 7 days after the filing date of the responses.<br><br>Fed. R. Civ. 6(a) applies to these filing deadlines. |
| January 8, 2021 | January 8, 2021 | Notice of intent to offer certified records. |
| January 8, 2021 | January 8, 2021 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order (*See* www.txed.uscourts.gov) and Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in nonjury cases). |
| January 15, 2021 | January 15, 2021 | Motions in limine due.<br><br>File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). Exchange Exhibits and |

| | | |
|---|---|---|
| | | deliver copies to the court. At this date, all that is required to be submitted to the court is a hyperlinked exhibit list on disk (2 copies) and no hard copies.<br><br>If Parties will be requesting daily copy of the transcript during trial, they must notify the Court's court reporter, Jan Mason, at Jan_Mason@txed.uscourts.gov, by this date. |
| January 19, 2021 | January 19, 2021 | Video Deposition Designations due. Each party who proposes to offer a deposition by video shall serve on all other parties a disclosure identifying the line and page numbers to be offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections and only those that cannot be resolved shall be presented to the court. The party who filed the initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the court's rulings on objections. |
| February 2, 2021 | February 2, 2021 | Responses to Motions in limine due.<br><br>File objections to witnesses, depositions extracts, and exhibits, listed in pre-trial order. This does not extend the deadline to object to expert witnesses. If numerous objections are filed, the court may set a hearing prior to docket call.<br><br>File Proposed Jury Instructions and Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |