IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC. ET AL., <br><br> Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & CO., <br><br> Defendants. | C.A. No. 4:18-cv-00501-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendants. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**BRIEFING SCHEDULING ORDER**

Pending before the Court is the Unopposed Motion to Set Briefing Schedule (Dkt. #140). Oppositions to each of the following motions, filed in the above captioned actions on October 29 and October 30, 2020, will be due Friday, November 6; replies will be due Tuesday, November 10; and sur-replies will be due Friday, November 13:

1

- Wells Fargo Motion to Strike (Dkt. #136)

- Wells Fargo Opposed Motion to Stay (Dkt. #137)

**IT IS SO ORDERED.**

**SIGNED this 5th day of November, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE