IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. 4:18-cv-0501-ALM <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION TO STAY**

Pending before the Court is Defendant Wells Fargo Bank, N.A.'s Motion to Stay (Dkt. #137). The Motion was previously opposed, however Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. have now filed a Notice of Non-Opposition to Motion to Stay (Dkt. #159) and withdraw their Opposition (Dkt. #143) and Sur-Reply (Dkt. #157). As a result, the Motion to Stay is now unopposed.

Having reviewed the submissions of the parties, the Court finds that the Motion should be **GRANTED** (Dkt. #137).

It is therefore **ORDERED** that the above-captioned action is **STAYED** pending resolution of Case No. 4:18-cv-00469 also pending before this Court and further order of this Court.

IT IS SO ORDERED.

SIGNED this 17th day of November, 2020.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE